# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5224**  **September Term, 2025**

**1:25-cv-04480-CRC**

**Filed On: June 12, 2026**

Joyce Beatty,

      Appellee

    v.

Donald J. Trump, et al.,

      Appellants

**BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal and an immediate administrative stay, and the opposition to the motion for an immediate administrative stay, it is

**ORDERED** that the motion for an immediate administrative stay be denied. It is

**FURTHER ORDERED** that appellee file a response to the emergency motion for a stay pending appeal by June 22, 2026. Any reply is due by June 29, 2026.

### Per Curiam

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

        BY:    /s/
                Elbert Lestrade
                Deputy Clerk